UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHARLES MICHAEL NOBLE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>PATRICK GLEBE,<br><br>　　　　　Respondent. | NO. CV-09-111-EFS<br><br>**ORDER DISMISSING PETITION WITH PREJUDICE** |

In a May 11, 2009 Order, the Court informed Petitioner Charles Michael Noble that his Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 was time-barred unless he could demonstrate an equitable basis for tolling the limitations period. (Ct. Rec. 4.) The Court cautioned Plaintiff that failure to submit documentation within sixty (60) days would result in an automatic dismissal of Petitioner's petition. To date, Petitioner has not submitted any documentation.

Accordingly, **IT IS HEREBY ORDERED**:

1. Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 **(Ct. Rec. 1)** is **DISMISSED with prejudice**;

2. **Judgment** shall be entered in Defendant's favor;

3. All pending motions are **denied as moot**;

ORDER * 1

1    4. All pending trial and hearing dates are **stricken;** and

2    5. This file shall be **closed.**

3    **IT IS SO ORDERED.**  The District Court Executive is directed to enter
4  this Order and forward a copy to Petitioner.

5    **DATED** this ___14th___ day of July 2009.

S/ Edward F. Shea
EDWARD F. SHEA
United States District Judge

Q:\Civil\2009\111.Deny.wpd

ORDER * 2