AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

CHARLES MICHAEL NOBLE,
        Petitioner,

v.

PATRICK GLEBE,
        Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-111-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. §2254 is DISMISSED with prejudice pursuant to the Court's Order filed July 14, 2009, Ct. Rec. 5.

July 14, 2009
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas