AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

CHARLES MICHAEL NOBLE,

        Petitioner,

        v.

PATRICK GLEBE,

        Respondent.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-09-111-RMP

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED the Petitioner's Amended Petition, ECF No. 7, is DISMISSED WITH PREJUDICE.  Judgment shall be entered for the respondent.  File closed.

March 28, 2012
_____
*Date*

JAMES R. LARSEN
_____
*Clerk*
  s/ Cheryl Switzer
_____
*(By) Deputy Clerk*
Cheryl Switzer
_____